An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

ROBERT L. BUTTERFIELD,
Petitioner,
vs.
THE STATE OF NEVADA; THE
HONORABLE MICHAEL VILLANI,
DISTRICT JUDGE; NEVADA BOARD
OF COMMISSIONERS; AND STATE OF
NEVADA PAROLE AND PROBATION,
Respondents.

No. 68577

FILED

SEP 1 1 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

*ORDER DENYING PETITION*

This is a pro se petition for a writ of mandamus and prohibition. Petitioner seeks an order directing the district court to strike the imposition of lifetime supervision from petitioner's judgment of conviction and prohibiting the Nevada Board of Parole Commissioners and the Department of Parole and Probation from imposing conditions of lifetime supervision. We have reviewed the documents submitted in this matter, and without deciding upon the merits of any claims raised therein, we decline to exercise original jurisdiction in this matter. *See* NRS 34.160; NRS 34.170; NRS 34.320; NRS 34.330. Accordingly, we

ORDER the petition DENIED.

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

SUPREME COURT
OF
NEVADA

(O) 1947A

15-27553

cc: Robert L. Butterfield
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A